Electronically Filed
Intermediate Court of Appeals
CAAP-10-0000193
03-MAY-2011
08:00 AM

NO. CAAP-10-0000193

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

MICHAEL P. DUPREE, Appellant-Appellee,
v.
JEFFREY KUWADA, in his official capacity as County Clerk
of Maui, Appellee-Appellee
and
SOLOMON KAHO'OHALAHALA, Appellee-Appellant

APPEAL FROM THE BOARD OF REGISTRATION, COUNTY OF MAUI
(Appeal No. 10-01)

ORDER GRANTING MOTION TO WITHDRAW APPEAL
(By: Nakamura, C.J., Leonard and Ginoza, JJ.)

Upon consideration of Appellee-Appellant Solomon Kaho'ohalahala's Motion to Withdraw Appeal, the papers in support, and the records and files herein,

IT IS HEREBY ORDERED that the motion is granted, and this appeal is dismissed. Each party is to bear their own attorney's fees and costs, if any.

DATED: Honolulu, Hawai'i,  May 3, 2011.

Chief Judge

Associate Judge

Associate Judge